IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-809-D

| | |
|---|---|
| INEZ AGUILAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GENERAL SERVICES CORPORATION, ) | |
| ) | |
| Defendant. ) | |

On November 21, 2013, General Services Corporation filed a motion to dismiss [D.E. 4] and a memorandum in support [D.E. 6]. Inez Aguilar, who is represented by counsel, failed to respond to the motion.

Plaintiff failed to comply with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 12(b)(1), (2), (4) & (5). Accordingly, the motion to dismiss [D.E. 4] is GRANTED. The action is DISMISSED without prejudice.

SO ORDERED. This 14 day of January 2014.

JAMES C. DEVER III
Chief United States District Judge