AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| INEZ AGUILAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL SERVICE, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-809-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Motion to Dismiss [D.E. 4] is GRANTED. The action is DISMISSED without prejudice.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JANUARY 14, 2014** WITH A COPY TO:

LiBria Stephens (via USPS to Stephens & Associates PLLC, 900 Broad Street, Durham, NC 27705)
Matthew Duncan (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| January 14, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina |
| | /s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |